Opinion issued April 14, 2011


 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 

 


In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-10-00965-CV

———————————

PETROX
ENERGY CORP. AND TRISTAR EXPLORATION, INC., Appellants

V.

POWER CHOKES, L.P., Appellee



 



 

On Appeal from the 295th District Court

Harris County, Texas



Trial Court Case No. 0709031

 



 

MEMORANDUM OPINION

Appellants Petrox
Energy Corp. and Tristar Exploration, Inc. filed a notice of appeal but failed
to pay the filing fee or file a docketing statement. Appellants subsequently
filed a “notice of abandonment of appeal” stating their intent to abandon this
appeal. Because the appellate fee and other required filings have not been
timely filed, we dismiss this appeal pursuant to Rule 42.3(c). Tex. R. App. P. 42.3(c).

PER CURIAM

Panel
consists of Chief Justice Radack and Justices Alcala and Bland.